IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY BROCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GNC HOLDINGS, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00785-DSF<br><br>**[CLASS ACTION]**<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Action Filed:  January 24, 2020<br><br>Hon. Dale S. Fischer |

ORDER

# ORDER

After consideration of the joint stipulation for dismissal of the entire action without prejudice filed by Plaintiff Toby Brock ("Plaintiff") and GNC Holdings, Inc. ("Defendant"), the Court hereby enters a dismissal without prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: September 28, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE